IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIL MOHD EL-GHAZALI | Crim. No. 01-349 |

**ORDER**

AND NOW, this 27th day of May, 2009, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that petitioner's requests for reconsideration, lodged in letters to the court dated March 13, 2009 and April 25, 2009, are DENIED.

The Clerk of Court is requested to undertake the following:

1. The letters will be docketed as motions for reconsideration.

2. Petitioner's information will be updated to reflect the mailing address in Somerset, PA listed on petitioner's letter of April 25, 2009.

3. In addition to a copy of this Order and the accompanying Memorandum, the Clerk will mail copies of the court's orders dated October 28, 2008 (docket no. 80) and November 25, 2008 (docket no. 81) to the petitioner.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.